JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRADFORD DAVID JONES, an individual; FORBES BRADFORD JONES, an individual, by and through his Mother and Guardian ad Litem MARIA JONES; and MARIA JONES, an individual,<br><br>         Plaintiff,<br><br>v.<br><br>THE BARGE, LLC; DAVID HUBERT; and DOES 1 through 100, inclusive,<br><br>         Defendants. | Case No.:  CV13-00131 **R(AGRx)**<br>Honorable Judge Manuel L. Real<br><br>**ORDER** |

PLEASE TAKE NOTICE that the Court, having read and considered the stipulation by and among the parties to the above-entitled related matters and good cause appearing, hereby orders that this matter shall be remanded to the Los

1
[PROPOSED] ORDER

1779434.1

1   Angeles Superior Court.  The Court does not award Plaintiff fees and costs
2  under 28 U.S.C. 1447(c).
3  ///
4  Dated:_March 13, 2013___      _____
5                                 HON. MANUEL L. REAL
                                  DISTRICT COURT JUDGE

2
[PROPOSED] ORDER
1779434.1