JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BRADFORD DAVID JONES, an individual; FORBES BRADFORD JONES, an individual, by and through his Mother and Guardian ad Litem MARIA JONES; and MARIA JONES, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>THE BARGE, LLC; DAVID HUBERT; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No.: CV13-00131 **R(AGRx)**<br>Honorable Judge Manuel L. Real<br><br>**ORDER** |

    PLEASE TAKE NOTICE that the Court, having read and considered the stipulation by and among the parties to the above-entitled related matters and good cause appearing, hereby orders that this matter shall be remanded to the Los

Angeles Superior Court.  The Court does not award Plaintiff fees and costs under 28 U.S.C. 1447(c).

///

Dated:_March 13, 2013___          _____
                                  HON. MANUEL L. REAL
                                  DISTRICT COURT JUDGE